IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAXIM AVILOV | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-2431 |
| | : | |
| BRIAN MCSHANE, *Field Office* | : | |
| *Director of Enforcement and Removal* | : | |
| *Operations, Philadelphia Office,* | : | |
| *Immigration and Customs Enforcement,* | : | |
| *In his official capacity*, et al. | : | |

## **ORDER**

AND NOW, this 21st day of April, 2026, upon consideration of the Government's response

to the Petition, it is **ORDERED** the parties are directed to provide an update to this Court regarding

the April 20th bail hearing before the immigration court by **April 22, 2026**. It is further

**ORDERED** Petitioner is directed to file a reply to the Government's response by **April 24, 2026**.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.