IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAXIM AVILOV | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-2431 |
| | : | |
| BRIAN MCSHANE, *Field Office* | : | |
| *Director of Enforcement and Removal* | : | |
| *Operations, Philadelphia Office,* | : | |
| *Immigration and Customs Enforcement,* | : | |
| *In his official capacity*, et al. | : | |

## ORDER

AND NOW, this 7th day of May, 2026, it is ORDERED a hearing shall be held on **May 14, 2026, at 2:30 p.m.** in Courtroom 14B.

It is further ORDERED Petitioner is directed to file a clean copy of the Petition on the docket.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, J.