IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAXIM AVILOV                                     :          CIVIL ACTION
                                                 :
    v.                                           :          No. 26-2431
                                                 :
BRIAN MCSHANE, *Field Office*                    :
*Director of Enforcement and Removal*            :
*Operations, Philadelphia Office,*               :
*Immigration and Customs Enforcement,*           :
*In his official capacity*, et al.               :

## **ORDER**

AND NOW, this 14th day of May, 2026, upon consideration of the hearing held on this

day, it is ORDERED Petitioner Maxim Avilov has until May 29, 2026 to file an amended petition.

The Government will have seven (7) days from the date of the amended petition to file a response.

        .


                                    BY THE COURT:

                                     /s/ Juan R. Sánchez
                                    Juan R. Sánchez, J.