IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAXIM AVILOV                          :        CIVIL ACTION
                                      :
    v.                                :        No. 26-2431
                                      :
BRIAN MCSHANE, *Field Office*         :
*Director of Enforcement and Removal* :
*Operations, Philadelphia Field Office,* :
*Immigration and Customs Enforcement,* :
*In his official capacity*, et al.    :

**<u>ORDER</u>**

AND NOW, this 6th day of July, 2026, upon consideration of Petitioner Maxim Avilov's

Amended Petition for Writ of Habeas Corpus (Dkt. No. 19), the Government's opposition, and for

reasons stated in the accompanying Memorandum, it is ORDERED:

1.  The Amended Petition is DENIED;

2.  Avilov's Motion to Expedite (Dkt. No. 22) is DENIED AS MOOT; and

3.  The Clerk of Court shall mark this case as CLOSED.


                        BY THE COURT:

                         /s/ Juan R. Sánchez
                        Juan R. Sánchez, J.